

Milord A. Keshishian, SBN 197835
milord@milordlaw.com
J. Nicolas Anwandter, SBN 294677
nico@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,

        Plaintiff,

vs.

BONANZA.COM, INC.,  a Washington Corporation; CHERYL NUCKLES, an individual, dba CHEYS CREATIONS; DAVID T. SALERNO, an individual, dba JEWELRYMANDAVE; RODNEY LEE CRUTCHFIELD, an individual, dba BEDAZZLINBEADS; AMATULLAH ALLEN, an individual, dba AMATULLAHALLEN20; JOHN W. ARTIS, an individual, dba ARTISCORP; MARKUS STEFAN SEITENBERG, an individual; BESTPRICESONLY, LLC, a New York Limited Liability Company; BONANZA SELLER BODDIE95, a business entity form unknown; ROBYN SECONDINE dba ELHANA3, an individual; BONANZA SELLER GOLDSHIELD, a business entity form unknown; BONANZA SELLER

) Case No.:
)
) **COMPLAINT FOR:**
)
) **1.  COPYRIGHT INFRINGEMENT;**
)
) **2.  CONTRIBUTORY AND/OR VICARIOUS COPYRIGHT INFRINGEMENT**
)
) **JURY TRIAL DEMANDED**
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

BONZUSER_JJMWV, a business entity form )
unknown; BONANZA SELLER )
ESHOPSTREET, a business entity form )
unknown; BONANZA SELLER )
MAWEIFENGTARA, a business entity form )
unknown; BONANZA SELLER )
MMGALLERY, a business entity form )
unknown; BONANZA SELLER ROWJAM, a )
business entity form unknown; BONANZA )
SELLER STAR_COLLECTION, a business )
entity form unknown; BONANZA SELLER )
TAKEMEHOME, a business entity form )
unknown; BONANZA SELLER )
CNSELECTRONICS, a business entity form )
unknown; BONANZA SELLER DONGLEE, a )
business entity form unknown; BONANZA )
SELLER RZ_GROUP, a business entity form )
unknown; KATE J. GREEN dba )
RETIREBEFORE40, an individual; )
BONANZA SELLER SARAHSJEWELRY, a )
business entity form unknown; BONANZA )
SELLER SOPHIAMARIA, a business entity )
form unknown; BONANZA SELLER )
AHCCD27, a business entity form unknown; )
BONANZA SELLER BONZUSER_KNXJD, a )
business entity form unknown; BONANZA )
SELLER FITNESSGIRL, a business entity )
form unknown; BONANZA SELLER )
MYSTYLENFASHION, a business entity form )
unknown; BONANZA SELLER )
RON_B_QUICK, a business entity for )
unknown; BONANZA SELLER )
STORE_FULL_OF_STUFF, a business entity )
form unknown; BONANZA SELLER )
WEEDEDWARDROBE, a business entity form )
unknown; BONANZA SELLER )
NOT_JUST_BELLY_RINGS, a business entity )
form unknown; and DOES 1-10; )
)
Defendants. )

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1   )
2   )
3   )
4   )

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Plaintiff L.A. Gem & Jewelry Design, Inc. ("LA Gem") by and through its undersigned attorney, sues Defendants Bonanza.com, Inc., Cheryl Nuckles, dba Cheys Creations, David T. Salerno, dba JewelryManDave, Rodney Lee Crutchfield, dba BedazzlinBeads, Amatullah Allen, dba AmatullahAllen20, John W. Artis, dba ArtisCorp, Markus Stefan Seitenberg, BestPricesOnly, LLC, Bonanza Seller boddie95, a business entity form unknown, Bonanza Seller elhana3, a business entity form unknown, Bonanza Seller GoldShield, a business entity form unknown, Bonanza Seller bonzuser_jjmwv, a business entity form unknown, Bonanza Seller Eshopstreet, a business entity form unknown, Bonanza Seller maweifengtara, a business entity form unknown, Bonanza Seller mmgallery, a business entity form unknown, Bonanza Seller rowjam, a business entity unknown, Bonanza Seller Star_Collection, a business entity form unknown, Bonanza Seller TakeMeHome, a business entity form unknown, Bonanza Seller cnselectronics, a business entity form unknown, Bonanza Seller donglee, a business entity form unknown, Bonanza Seller RZ_Group, a business entity form unknown, Kate J. Green dba RetireBefore40, an individual, Bonanza Seller sarahsjewelry, a business entity form unknown, Bonanza Seller SophiaMaria, a business entity form unknown, Bonanza Seller Ahccd27, a business entity form unknown, Bonanza Seller bonzuser_knxjd, a business entity form unknown, Bonanza Seller fitnessgirl, a business entity form unknown, Bonanza Seller MyStyleNFashion, a business entity form unknown, Bonanza Seller ron_b_quick, a business entity form unknown, Bonanzas Seller Store_Full_of_Stuff, a business entity form unknown, Bonanza Seller weededwardrobe, a business entity form unknown, Bonanza Seller Not_Just_Belly_Rings, a business entity form unknown, and Does 1-10 and alleges:

## JURISDICTION AND VENUE

1.      This action arises under the laws of the United States and the Copyright Act of 1976 (17 U.S.C. § 101, *et seq.*), and as such, the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

2.      The Court has personal jurisdiction because Defendants engaged in substantial, continuous, and systematic activities within the state, including:

> (a) operating fully interactive ecommerce websites and online storefronts that solicit and engage in regular business in California and this District;
>
> (b) conducting regular business with California and this District as sophisticated sellers, using highly interactive commercial websites like www.bonanza.com, www.amazon.com, and www.ebay.com as a conduit to engage in a substantial volume of transactions;
>
> (c) advertising nationwide;
>
> (d) selling products from locations in California and this District; and
>
> (e) engaging in contractual relations with California companies like Facebook, Inc. and Twitter, Inc. to market, sell, and distribute products nationwide, including California and this District.

3.      The Court also has personal jurisdiction because Defendants engaged in multiple intentional acts of copyright infringement expressly aimed at California which have caused harm to LA Gem.  Such acts include but are not limited to:

> (a) marketing, selling, and delivering a substantial amount of infringing products in the state of California and this District;
>
> (b) using highly interactive commercial websites like www.bonanza.com, www.amazon.com, and www.ebay.com as a conduit to engage in a substantial volume of nationwide sales of the infringing jewelry, including in the state of California and this District; and
>
> (c) engaging in contractual relations with California companies like Facebook, Inc. to market, sell, and distribute the infringing products

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

nationwide, including in the state of California and this District.

4.      Upon information and belief, Defendants also knew or were willfully blind to the fact that LA Gem owned a valid copyright in the subject designs, and that LA Gem would suffer lost sales and harm in this jurisdiction as a result of Defendants' infringing activities.

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(a) because a substantial part of the events or omissions giving rise to the claim occurred in this District.  Upon information and belief, Defendants engaged in substantial, continuous, and systematic activities within this District.  Upon information and belief, Defendants engaged in multiple intentional acts of copyright infringement expressly aimed at this District which have caused harm to LA Gem.

## THE PARTIES

6.      Plaintiff LA Gem is a California corporation having a place of business at 659 S. Broadway, Los Angeles, California 90014.  LA Gem also conducts business under its LA Rocks service mark and trademark.

7.      Upon information and belief, Defendant Bonanza.com, Inc. ("Bonanza"), is a Washington Corporation, with its principal place of business located at 3131 Western Avenue, Suite 428, Seattle, Washington 98121, and Bonanza does business in and with the State of California and, in particular, within this District.  Bonanza owns and operates the highly interactive ecommerce website www.bonanza.com that facilitates transactions on a nationwide and even global scale.  On its website, Bonanza promotes itself as "voted 'Most Recommended Marketplace' over eBay, Amazon, Etsy, and all other contenders by over 50,000 sellers in the largest seller survey online."  Upon information and belief, at all relevant times Defendant Bonanza was not qualified for safe harbor under the Digital Millennium Copyright Act ("DMCA") because Bonanza did not have a registered DMCA agent with the Copyright Office.  Although Bonanza registered a DMCA agent after the infringing activity described below, the law does not absolve Bonanza of the

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

infringing activity that took place prior to registration of their DMCA agent

8.     Upon information and belief, Defendant Cheryl Nuckles, dba Cheys Creations (hereinafter "Nuckles") is and at all times herein mentioned was an individual residing in the state of Indiana, and does business in and with the State of California and, in particular, within this District.

9.     Upon information and belief, Defendant David T. Salerno, dba JewelryManDave (hereinafter "Salerno") is and at all times herein mentioned was an individual residing in the state of Florida, and does business in and with the State of California and, in particular, within this District.

10.     Upon information and belief, Defendant Rodney Lee Crutchfield, dba BedazzlinBeads (hereinafter "Crutchfield") is and at all times herein mentioned was an individual residing in the state of North Carolina, and does business in and with the State of California and, in particular, within this District.

11.     Upon information and belief, Defendant Amatullah Allen, dba AmatullahAllen20 (hereinafter "Allen") is and at all times herein mentioned was an individual residing in the state of New Jersey, and does business in and with the State of California and, in particular, within this District.

12.     Upon information and belief, Defendant John W. Artis, dba ArtisCorp (hereinafter "Artis") is and at all times herein mentioned was an individual residing in the state of New York, and does business in and with the State of California and, in particular, within this District.

13.     Upon information and belief, Defendant BestPricesOnly, LLC (hereinafter "BestPricesOnly") is a New York Limited Liability Company with its principal place of business located at 520 East Avenue #503, Rochester, New York 14607, and BestPricesOnly does business in and with the State of California and, in particular, within this District.

14.     Upon information and belief, Defendant Markus Stefan Seitenberg (hereinafter "Seitenberg") is and at all times herein mentioned was an individual residing

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

in the state of New York, a principal and/or owner of BestPricesOnly, and does business in and with the State of California and, in particular, within this District. Plaintiff is further informed and believes, and upon that basis alleges, that Seitenberg is a principal, guiding spirit, and/or central figure in Defendant BestPricesOnly and has control over the day to day operations thereof, and directly benefits from the tortious conduct alleged herein.

15. Upon information and belief, Defendant Bonanza Seller boddie95, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

16. Upon information and belief, Defendant Robyn Secondine, dba Elhana3 (hereinafter "Bonanza Seller elhana3") is and at all times herein mentioned was an individual residing in the state of Indiana, and does business in and with the State of California and, in particular, within this District.

17. Upon information and belief, Defendant Bonanza Seller GoldShield, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

18. Upon information and belief, Defendant Bonanza Seller bonzuser_jjmwv, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

19. Upon information and belief, Defendant Bonanza Seller Eshopstreet, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

20. Upon information and belief, Defendant Bonanza Seller maweifengtara, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

21. Upon information and belief, Defendant Bonanza Seller mmgallery, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

22.    Upon information and belief, Defendant Bonanza Seller rowjam, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

23.    Upon information and belief, Defendant Bonanza Seller Star_Collection, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

24.    Upon information and belief, Defendant Bonanza Seller TakeMeHome, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

25.    Upon information and belief, Defendant Bonanza Seller cnselectronics, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

26.    Upon information and belief, Defendant Bonanza Seller donglee, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

27.    Upon information and belief, Defendant Bonanza Seller RZ_Group, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

28.    Upon information and belief, Defendant Kate J. Green, dba RetireBefore40 (hereinafter "RetireBefore40") is and at all times herein mentioned was an individual residing in the state of Texas, and does business in and with the State of California and, in particular, within this District.

29.    Upon information and belief, Defendant Bonanza Seller sarahsjewelry, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

30.    Upon information and belief, Defendant Bonanza Seller SophiaMaria, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

31.     Upon information and belief, Defendant Bonanza Seller Ahccd27, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

32.     Upon information and belief, Defendant Bonanza Seller bonzuser_knxjd, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

33.     Upon information and belief, Defendant Bonanza Seller fitnessgirl, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

34.     Upon information and belief, Defendant Bonanza Seller MyStyleNFashion, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

35.     Upon information and belief, Defendant Bonanza Seller ron_b_quick, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

36.     Upon information and belief, Defendant Bonanza Seller Store_Full_of_Stuff, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

37.     Upon information and belief, Defendant Bonanza Seller weededwardrobe, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

38.     Upon information and belief, Defendant Bonanza Seller Not_Just_Belly_Rings, a business entity form unknown, does business in and with the State of California and, in particular, within this District.

39.     This Court has personal jurisdiction over the Defendants and venue is proper in the Central District of California because all Defendants purposefully availed and/or directed themselves of the benefits and protections of doing business in the state of California and willfully infringed LA Gem's registered copyrights while knowing LA

Gem is located in this state.

40.     Defendants Does 1 through 10, inclusive, are other parties not yet identified who have infringed LA Gem's copyrights, have contributed to the infringement of LA Gem's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise of Does 1 through 10, inclusive, are presently unknown to LA Gem, and therefore, are being sued by such fictitious names, and LA Gem will seek leave to amend this Complaint to include their true names and capacities when the same have been ascertained.

41.     LA Gem is informed and believes, and on that basis alleges, that at all times relevant to this action, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment, and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein with full knowledge of each and every violation of LA Gem's rights and the damages to LA Gem proximately caused thereby.

## FACTS COMMON TO ALL COUNTS

42.     LA Gem is a designer and creator of jewelry whose jewelry pieces are sold by numerous national retailers.

43.     LA Gem is the designer and creator of the original artwork (as hereinafter described), all prior to Defendants' conduct complained of herein.

44.     Upon information and belief, Defendants Bonanza, Nuckles, Salerno, Crutchfield, Allen, Artis, Seitenberg, BestPricesOnly, Bonanza Seller boddie95, Bonanza Seller elhana3, Bonanza Seller GoldShield, Bonanza Seller bonzuser_jjmwv, Bonanza Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller rowjam, Bonanza Seller Star_Collection, Bonanza Seller TakeMeHome, Bonanza Seller cnselectronics, Bonanza Seller donglee, Bonanza Seller RZ_Group, Bonanza Seller RetireBefore40, Bonanza Seller sarahsjewelry, Bonanza Seller SophiaMaria, Bonanza

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Seller Ahccd27, Bonanza Seller amatullahallen20, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl, Bonanza Seller MyStyleNFashion, Bonanza Seller ron_b_quick, Bonanza Seller Store_Full_of_Stuff, Bonanza Seller weededwardrobe are retailers, manufacturers, and/or distributors of jewelry to the jewelry industry, and are in the business of manufacturing, marketing, and selling jewelry products that are available for purchase and use across the United States, including in this District.

## COMMON ALLEGATIONS RELATED TO
## MOON PENDANT NO. 1

45.     In 2011, LA Gem created its original design entitled LA Rocks I Love You to the Moon and Back: 440811 ("Moon Pendant No. 1"), as pictured below:



46.     Thereafter, LA Gem sought to register the copyright in Moon Pendant No. 1 with the United States Copyright Office, and was granted such registration on November 21, 2013, under Registration No. VA 1-912-320.

47.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to Moon Pendant No. 1.  Moon Pendant No. 1 is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

48.     Since the creation of Moon Pendant No. 1, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

49.     Since its creation, Moon Pendant No. 1 has been manufactured and/or distributed by LA Gem or under its authority.

50.     LA Gem has not authorized Defendants to copy, reproduce, manufacture,

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

duplicate, disseminate, or distribute Moon Pendant No. 1 or any jewelry products substantially similar thereto.

51.     Upon information and belief, Defendants Bonanza, Nuckles, Salerno, Crutchfield, Allen, Artis, BestPricesOnly, Seitenberg, Bonanza Seller boddie95, Bonanza Seller elhana3, Bonanza Seller GoldShield, Bonanza Seller bonzuser_jjmwv, Bonanza Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller Star_Collection, Bonanza Seller TakeMeHome, Bonanza Seller RZ_Group, Bonanza Seller sarahsjewelry, Bonanza Seller Ahccd27, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl, Bonanza Seller MyStyleNFashion, Bonanza Seller ron_b_quick, Bonanza Seller Store_Full_of_Stuff, Bonanza Seller weededwardrobe have engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of Moon Pendant No. 1.

52.     Upon information and belief, Defendants Bonanza, Nuckles, Salerno, Crutchfield, Allen, Artis, BestPricesOnly, Seitenberg, Bonanza Seller boddie95, Bonanza Seller elhana3, Bonanza Seller GoldShield, Bonanza Seller bonzuser_jjmwv, Bonanza Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller Star_Collection, Bonanza Seller TakeMeHome, Bonanza Seller RZ_Group, Bonanza Seller sarahsjewelry, Bonanza Seller Ahccd27, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl, Bonanza Seller MyStyleNFashion, Bonanza Seller ron_b_quick, Bonanza Seller Store_Full_of_Stuff, Bonanza Seller weededwardrobe have sold unauthorized and infringing copies of at least Moon Pendant No. 1, which bear a design that is substantially similar – if not strikingly similar – to the authentic Moon Pendant No. 1 at retail, at wholesale, and through retailers.  The infringement is so brazen that it copies LA Gem's Designer's cursive handwriting.  All of the foregoing acts occurred without LA Gem's consent.

53.     Upon information and belief, Defendants Bonanza, Nuckles, Salerno, Crutchfield, Allen, Artis, BestPricesOnly, Seitenberg, Bonanza Seller boddie95, Bonanza Seller elhana3, Bonanza Seller GoldShield, Bonanza Seller bonzuser_jjmwv, Bonanza

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller Star_Collection, Bonanza Seller TakeMeHome, Bonanza Seller RZ_Group, Bonanza Seller sarahsjewelry, Bonanza Seller Ahccd27, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl, Bonanza Seller MyStyleNFashion, Bonanza Seller ron_b_quick, Bonanza Seller Store_Full_of_Stuff, Bonanza Seller weededwardrobe have sold the unauthorized infringing copies of Moon Pendant No. 1 to the public, and customers in this district, at retail, at wholesale, and through retailers.

54.     Upon information and belief, Defendant Bonanza was not qualified for safe harbor under the Digital Millennium Copyright Act at the time it infringed and allowed infringement of the Moon Pendant No. 1 because Bonanza did not have a registered DMCA agent with the Copyright Office.  Although Bonanza registered a DMCA agent after its infringement of Moon Pendant No. 1, the law does not absolve Bonanza of the infringing activity that took place prior to registration of their DMCA agent.

## COMMON ALLEGATIONS RELATED TO
## MOM PENDANT NO(S) 1 AND 2

55.     In 2013, LA Gem created its original design entitled LA Rocks I Love You to the Moon and Back:  451711CL, et al., including its Design No. 451713 ("Mom Pendant No. 1"), as pictured below:



56.     Thereafter, LA Gem sought to register the copyright in Mom Pendant No. 1 with the United States Copyright Office, and was granted such registration on November 25, 2013, under Registration No. VA 1-889-369.

57.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to

Mom Pendant No. 1.  Mom Pendant No. 1 is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

58.     In 2014, LA Gem created its original design entitled LA Rocks I Love You to the Moon and Back Collection:  453547 ("Mom Pendant No. 2"), which is a derivative work of Mom Pendant No. 1, as pictured below:



59.     Since the creation of Mom Pendant Nos. 1 and 2 (collectively, "Mom Pendants"), LA Gem has been and still is the sole proprietor of all rights, title and interest in and to the copyrights therein.

60.     Since their creation, the Mom Pendants have been manufactured and/or distributed by LA Gem or under its authority.

61.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Mom Pendants or any jewelry products substantially similar thereto.

62.     Upon information and belief, Defendants Nuckles, Bonanza Seller bonzuser_jjmwv, Bonanza Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller rowjam, Bonanza Seller Star_Collection, Bonanza Seller cnselectronics, Bonanza Seller dongle, Bonanza Seller RZ_Group, Bonanza Seller RetireBefore40, Bonanza Seller SophiaMaria, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl have engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of the Mom Pendants.

63.     Upon information and belief, Defendants Nuckles, Bonanza Seller

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

bonzuser_jjmwv, Bonanza Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller rowjam, Bonanza Seller Star_Collection, Bonanza Seller cnselectronics, Bonanza Seller dongle, Bonanza Seller RZ_Group, Bonanza Seller RetireBefore40, Bonanza Seller SophiaMaria, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl have sold unauthorized and infringing copies of at least the Mom Pendants, which bear a design that is substantially similar – if not strikingly similar – to the authentic Mom Pendants at retail, at wholesale, and through retailers. The infringement is so brazen that it copies LA Gem's Designer's cursive handwriting. All of the foregoing acts occurred without LA Gem's consent.

64. Upon information and belief, Defendants Nuckles, Bonanza Seller bonzuser_jjmwv, Bonanza Seller Eshopstreet, Bonanza Seller maweifengtara, Bonanza Seller mmgallery, Bonanza Seller rowjam, Bonanza Seller Star_Collection, Bonanza Seller cnselectronics, Bonanza Seller dongle, Bonanza Seller RZ_Group, Bonanza Seller RetireBefore40, Bonanza Seller SophiaMaria, Bonanza Seller bonzuser_knxjd, Bonanza Seller fitnessgirl have sold the unauthorized infringing copies of Mom Pendants to the public, and customers in this district, at retail, at wholesale, and through retailers.

65. Upon information and belief, Defendant Bonanza was not qualified for safe harbor under the DMCA at the time it infringed and allowed infringement of the Mom Pendants Nos. 1 and 2 because Bonanza did not have a registered DMCA agent with the Copyright Office. Although Bonanza registered a DMCA agent after its infringement of Mom Pendants Nos. 1 and 2, the law does not absolve Bonanza of the infringing activity that took place prior to registration of their DMCA agent.

## COMMON ALLEGATIONS RELATED TO
## MOON PENDANT NO. 2

66. In 2013, LA Gem created its original design entitled LA Rocks I Love You to the Moon and Back: 451635 ("Moon Pendant No. 2"), as pictured below:

**COMPLAINT – Jury Demand**

67.     Thereafter, LA Gem sought to register the copyright in Moon Pendant No. 2 with the United States Copyright Office, and was granted such registration on December 3, 2013, under Registration No. VA 1-896-337.

68.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to Moon Pendant No. 2.  Moon Pendant No. 2 is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

69.     Since the creation of Moon Pendant No. 2, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

70.     Since its creation, Moon Pendant No. 2 has been manufactured and/or distributed by LA Gem or under its authority.

71.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute Moon Pendant No. 2 or any jewelry products substantially similar thereto.

72.     Upon information and belief, Defendants Bonanza Seller Eshopstreet and Bonanza Seller Maweifengtara have engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of Moon Pendant No. 2.

73.     Upon information and belief, Defendants Bonanza Seller Eshopstreet and Bonanza Seller Maweifengtara have sold unauthorized and infringing copies of at least Moon Pendant No. 2, which bear a design that is substantially similar – if not strikingly similar – to the authentic Moon Pendant No. 2 at retail, at wholesale, and through retailers.  The infringement is so brazen that it copies LA Gem's Designer's cursive

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

handwriting.  All of the foregoing acts occurred without LA Gem's consent.

74.     Upon information and belief, Defendants Bonanza Seller Eshopstreet and Bonanza Seller Maweifengtara have sold the unauthorized infringing copies of Moon Pendant No. 2 to the public, and customers in this district, at retail, at wholesale, and through retailers.

75.     Upon information and belief, Defendant Bonanza was not qualified for safe harbor under the DMCA at the time it infringed and allowed infringement of the Moon Pendant No. 2 because Bonanza did not have a registered DMCA agent with the Copyright Office.  Although Bonanza registered a DMCA agent after its infringement of Moon Pendant No. 2, the law does not absolve Bonanza of the infringing activity that took place prior to registration of their DMCA agent.

## COMMON ALLEGATIONS RELATED TO
## HEART PENDANT NO. 1

76.     In 2011, LA Gem created its original design entitled LA Rocks Footnotes: 442638 ("Heart Pendant No. 1"), as pictured below:



77.     Thereafter, LA Gem sought to register the copyright in Heart Pendant No. 1 with the United States Copyright Office, and was granted such registration on January 27, 2015, under Registration No. VA 1-949-421.

78.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to Heart Pendant No. 1.  Heart Pendant No. 1 is an original work copyrightable under the

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Copyright Act, and has been registered in full compliance with the Copyright Act.

79.     Since the creation of Heart Pendant No. 1, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

80.     Since its creation, Heart Pendant No. 1 has been manufactured and/or distributed by LA Gem or under its authority.

81.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute Heart Pendant No. 1 or any jewelry products substantially similar thereto.

82.     Upon information and belief, Defendant Bonanza Seller Star_Collection has engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of Heart Pendant No. 1.

83.     Upon information and belief, Defendant Bonanza Seller Star_Collection has sold unauthorized and infringing copies of at least Moon Pendant No. 2, which bear a design that is substantially similar – if not strikingly similar – to the authentic Heart Pendant No. 1 at retail, at wholesale, and through retailers.  The infringement is so brazen that it copies LA Gem's Designer's cursive handwriting.  All of the foregoing acts occurred without LA Gem's consent.

84.     Upon information and belief, Defendant Bonanza Seller Star_Collection has sold the unauthorized infringing copies of Heart Pendant No. 1 to the public, and customers in this district, at retail, at wholesale, and through retailers.

85.     Upon information and belief, Defendant Bonanza was not qualified for safe harbor under the DMCA at the time it infringed and allowed infringement of the Heart Pendant No. 1 because Bonanza did not have a registered DMCA agent with the Copyright Office.  Although Bonanza registered a DMCA agent after its infringement of Heart Pendant No. 1, the law does not absolve Bonanza of the infringing activity that took place prior to registration of their DMCA agent.

## COMMON ALLEGATIONS RELATED TO
## HEART PENDANT NO. 2

86.     In 2007, LA Gem created its original design entitled LA Rocks Footnotes: 426766 ("Heart Pendant No. 2"), as pictured below:



87.     Thereafter, LA Gem sought to register the copyright in Heart Pendant No. 2 with the United States Copyright Office, and was granted such registration on April 2, 2015, under Registration No. VA 1-954-606.

88.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to Heart Pendant No. 2.  Heart Pendant No. 2 is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

89.     Since the creation of Heart Pendant No. 2, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

90.     Since its creation, Heart Pendant No. 2 has been manufactured and/or distributed by LA Gem or under its authority.

91.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute Heart Pendant No. 2 or any jewelry products substantially similar thereto.

92.     Upon information and belief, Defendant Bonanza Seller Not_Just_Belly_Rings has engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of Heart Pendant No. 2.

93.     Upon information and belief, Defendant Bonanza Seller Not_Just_Belly_Rings

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

has sold unauthorized and infringing copies of at least Moon Pendant No. 2, which bear a design that is substantially similar – if not strikingly similar – to the authentic Heart Pendant No. 2 at retail, at wholesale, and through retailers.  The infringement is so brazen that it copies LA Gem's Designer's handwriting.  All of the foregoing acts occurred without LA Gem's consent.

94.     Upon information and belief, Defendant Bonanza Seller Not_Just_Belly_Rings has sold the unauthorized infringing copies of Heart Pendant No. 2 to the public, and customers in this district, at retail, at wholesale, and through retailers.

95.     Upon information and belief, Defendant Bonanza was not qualified for safe harbor under the DMCA at the time it infringed and allowed infringement of the Heart Pendant No. 1 because Bonanza did not have a registered DMCA agent with the Copyright Office.  Although Bonanza registered a DMCA agent after its infringement of Heart Pendant No. 2, the law does not absolve Bonanza of the infringing activity that took place prior to registration of their DMCA agent.

96.     For the Court's convenience, the following table sets forth Plaintiff's designs at issue (collectively "Subject Designs") and the currently known infringers' identities:

//
//
//
//
//
//
//
//
//
//
//

| L.A. Gem Copyrighted Design | Infringing Defendants |
|---|---|
| <u>Moon No. 1</u><br>Registration No.:  VA 1-912-320<br><br> | • Bonanza<br><br><br><br>• Nuckles<br><br><br><br>• Salerno<br><br><br><br>• Crutchfield<br><br><br><br>• Allen |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878



- Artis



- BestPricesOnly



- Seitenberg



**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Bonanza Seller boddie95



- Bonanza Seller elhana3



- Bonanza Seller GoldShield



- Bonanza Seller bonzuser_jjmwv



- Bonanza Seller Eshopstreet

 

- Bonanza Seller maweifengtara



- Bonanza Seller mmgallery



- Bonanza Seller Star_Collection



- Bonanza Seller TakeMeHome



MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

- Bonanza Seller RZ_Group



- Bonanza Seller sarahsjewelry



- Bonanza Seller Ahccd27



- Bonanza Seller bonzuser_knxjd



MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

- Bonanza Seller fitnessgirl



- Bonanza Seller MyStyleNFashion



- Bonanza Seller ron_b_quick



- Bonanza Seller Store_Full_of_Stuff

 

- Bonanza Seller weededwardrobe



MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

| | |
|---|---|
| <u>Mom No. 1</u><br>Registration No.:  VA 1-889-369<br><br><br><br> | • Nuckles<br><br><br><br>• Bonanza Seller bonzuser_jjmwv<br><br> |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

- Bonanza Seller Eshopstreet



- Bonanza Seller maweifengtara



- Bonanza Seller mmgallery



- Bonanza Seller rowjam

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Bonanza Seller Star_Collection



- Bonanza Seller cnselectronics



- Bonanza Seller donglee



- Bonanza Seller RZ_Group



- Bonanza Seller RetireBefore40



-29-

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

- Bonanza Seller SophiaMaria



- Bonanza Seller bonzuser_knxjd



- Bonanza Seller fitnessgirl



| Moon No. 2<br>Registration No. VA 1-896-337<br> | • Bonanza Seller Eshopstreet<br><br><br>• Bonanza Seller Maweifengtara<br> |
| --- | --- |

| | |
|---|---|
| Heart Pendant No. 1<br>Registration No. VA 1-949-421<br> | • Bonanza Seller Star_Collection<br> |
| Heart Pendant No. 2<br>Registration No. VA 1-954-606<br> | • Bonanza Seller Not_Just_Belly_Rings<br> |

### First Cause Of Action

(Copyright Infringement)

97.    LA Gem hereby realleges and incorporates the allegations in paragraphs 1 through 96 of this Complaint as if fully set forth herein.

98.    Defendants' acts constitute infringement of LA Gem's copyright in Moon Pendant No. 1, the Mom Pendants, Moon Pendant No. 2, Heart Pendant No. 1 and Heart Pendant No. 2 (collectively, "LA Gem's Pendants") in violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*

99.    LA Gem is informed and believes that Defendants' manufacture, distribution, duplication and/or sale of infringing copies of LA Gem's Pendants was deliberate, willful, malicious, oppressive, and without regard to LA Gem's proprietary rights.

100.    Defendants' copyright infringement has caused, and will continue to cause LA

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC<br>10517 West Pico Boulevard<br>Los Angeles, CA 90064<br>(310) 226-7878

Gem to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in LA Gem's Pendants and further, has damaged LA Gem's business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet determined.  In addition, LA Gem is entitled to receive the profits made by Defendants from their wrongful acts pursuant to 17 U.S.C. § 504.  Alternatively, LA Gem is entitled to recover statutory damages, on election by LA Gem in an amount of up to $150,000 per copyright registration.

101.   Defendants' copyright infringement and the threat of continuing infringement has caused, and will continue to cause, LA Gem repeated and irreparable injury.  It would be difficult to ascertain the amount of money damages that would afford LA Gem adequate relief at law for Defendants' acts and continuing acts.  LA Gem's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants.  Therefore, LA Gem is entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a) that the infringing copies of LA Gem's Pendants, and all molds by which such infringing copies were produced, be seized, impounded, and destroyed.

102.   LA Gem is also entitled to recover its attorneys' fees and cost of suit pursuant to 17 U.S.C. § 505.

## Second Cause of Action

(Contributory and/or Vicarious Copyright Infringement)

103.   LA Gem hereby realleges and incorporates the allegations in paragraphs 1 through 102 of this Complaint as if fully set forth herein.

104.   LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction, importation, purchase, distribution, and/or sale of products bearing LA Gem's Pendants as alleged in this Complaint.

105.   LA Gem is informed and believes, and thereon alleges, that Defendants, and

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

each of them, are vicariously liable for the copyright infringement alleged in this Complaint because they had the right and the ability to supervise such infringement and because they had a direct financial interest in the infringing conduct.

106.   By virtue of Defendants' contributory and/or vicarious copyright infringement, LA Gem has suffered substantial damages to its business in an amount to be established at trial.

107.   By virtue of Defendants' contributory and/or vicarious copyright infringement, LA Gem has suffered general and special damages in an amount to be established at trial.

108.   By virtue of Defendants' contributory and/or vicarious copyright infringement, Defendants, and each of them, have obtained direct and indirect profits that they would not have realized but for their infringement of LA Gem's Pendants.  As such, LA Gem is entitled to disgorgement of Defendants' profits that are directly and indirectly attributable to their acts of infringement in an amount to be established at trial.

109.   LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, have continued to import, manufacture, cause to be manufactured, and/or sell the infringing product with knowledge that such acts violated LA Gem's intellectual property rights.  Therefore, Defendants' acts of copyright infringement as alleged above, were and continue to be, willful, intentional, and malicious, subjecting Defendants, and each of them, to liability for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per each act of infringement. Further, Defendants, and each of them, willfully and intentionally misappropriated, palmed-off, and/or infringed LA Gem's Pendants, which renders Defendants, and each of them, liable for statutory damages as described above.  Within the time permitted by law, LA Gem will elect between actual or statutory damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff LA Gem prays for judgment against Defendants as follows:

A.     That the Court enter a judgment against Defendants that Defendants have infringed the rights of LA Gem in LA Gem's federally registered copyrights under 17 U.S.C. § 501 and/or that LA Gem's pending copyright application(s) are valid and entitled to protection.

B.     That the Court issue a Preliminary Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

    i.     manufacturing, producing, selling, distributing, destroying, altering, or otherwise disposing of any jewelry that is in the possession of Defendants that is substantially similar to LA Gem's Pendants;

    ii.    destroying any documents, electronic files, wax models, molds, business records, or any other tangible object pertaining to the copying, reproduction, manufacture, duplication, distribution, or advertisement of any such jewelry; and,

    iii.   engaging in any other activity constituting an infringement of LA Gem's copyrights of LA Gem's Pendants.

C.     That LA Gem be awarded damages for Defendants' copyright infringement either: (i) actual damages in an amount to be determined at trial, together with Defendants' profits derived from its unlawful infringement of LA Gem's copyrights; or (ii) statutory damages in an amount provided by law, as set forth in 17 U.S.C. § 504, at LA Gem's election before the entry of final judgment, together with prejudgment and post-judgment interest.

D.     That the Court issue a Permanent Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from copying, reproducing, manufacturing, duplicating, disseminating,

distributing, or using LA Gem's Pendants or any other jewelry that infringes LA Gem's copyrights.

E.   That the Court award LA Gem its reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

F.   That the Court award LA Gem its costs of suit incurred herein.

G.   That LA Gem be awarded such other relief as may be appropriate.

Dated:  August 25, 2017                    Respectfully submitted,
                                           **MILORD & ASSOCIATES, P.C.**

                                           /s/ Milord A. Keshishian
                                           Milord A. Keshishian
                                           Attorneys for Plaintiff
                                           L.A. GEM & JEWELRY DESIGN, INC.

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff, through its attorneys of record, hereby demands trial by Jury.

3

4

Dated:  August 25, 2017                              **MILORD & ASSOCIATES, P.C.**

5

6                                                                            /s/ Milord A. Keshishian

7                                                                            Milord A. Keshishian

Attorneys for Plaintiff

8                                                                            L.A. GEM & JEWELRY DESIGN, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878