JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> BONANZA.COM, INC., et al., <br><br> Defendants. | Case No.: CV 17-6308-DMG (AFMx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT BONANZA.COM, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) [75]** |

Upon review of the Stipulation for Dismissal of Defendants BONANZA.COM, INC. ("Bonanza"), and finding the relief requested appropriate.

IT IS ORDERED that the above-referenced action is dismissed as to Bonanza, with prejudice.

Each party is to bear its own costs and attorneys' fees incurred in this Action. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED:   May 15, 2018

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-